CHRISTOPHER J. HICKS
Washoe County District Attorney

LINDSAY L. LIDDELL
Deputy District Attorney
Nevada State Bar Number 14079
One South Sierra Street
Reno, NV 89501
(775) 337-5700
lliddell@da.washoecounty.us
ATTORNEYS FOR DEFENDANTS

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| KENNETH WILKINS, | |
| Plaintiff, | Case No. 3:20-CV-00546-APG-WGC |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL** |
| SHERIFF DARIN BALAAM, et. al., | |
| Defendants. | [ECF No. 7] |

Plaintiff Kenneth Wilkins hereby stipulates to dismiss with prejudice all claims against Defendants Sheriff Darin Balaam, Chief Deputy Clark, and Sergeant Barrett-Venn including any and all claims that could have arisen from the events set forth in Plaintiff's Amended Complaint, pursuant to Fed.R.Civ.P. 41(a) and the Settlement Agreement and Release of Claims executed in this Litigation. Each party shall bear their own attorney's fees and costs incurred herein.

///

///

///

///

///

-1-

IT IS SO STIPULATED.

CHRISTOPHER J. HICKS
District Attorney

By_____ 11/17/21
LINDSAY L. LIDDELL         Dated
Deputy District Attorney
One South Sierra Street
Reno, Nevada 89501
lliddell@da.washoecounty.us
(775) 337-5700

ATTORNEY FOR DEFENDANTS

By_____ 10-20-21
KENNETH WILKINS           Dated
PLAINTIFF

IT IS SO ORDERED:

DATED: November 19, 2021

_____
UNITED STATES DISTRICT JUDGE